Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369-6800

*Attorneys for Defendants*
*Resortstay International, LLC and*
*Starpoint Resort Group, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIND BROWN,<br><br>              Plaintiff,<br><br>vs.<br><br>RESORTSTAY INTERNATIONAL, LLC,  a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation,<br><br>              Defendant. | Case No.:  2:16-cv-02747-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Rosalind Brown ("Plaintiff") and Defendants Resort Stay International, LLC and Starpoint Resort Group, Inc., (collectively referred to as "Defendants"), by and through their respective counsel, have agreed to a two-week extension of time for Defendants to respond to Plaintiff's Complaint (ECF No. 1) filed on December 1, 2016. The parties respectfully request that Defendants have up to and including January 9, 2016 to respond to the Complaint (ECF No. 1).

The parties have requested this extension because of the holidays and counsel for Defendants were recently retained.  This stipulation is made in good faith and is not intended for purposes of delay.

This is the parties' first request for an extension of time for Defendants to respond to

Plaintiff's Complaint.

IT IS HEREBY STIPULATED that Defendants will have up to and including Monday, **January 9, 2016** to respond to Plaintiff's Complaint (ECF No. 1).

| | |
|---|---|
| Dated: December 28, 2016 | Dated: December 28, 2016 |
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: */s/ Michael P. Balaban*_____<br>Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV  89141<br><br>*Attorneys for Plaintiff Rosalind Brown* | By: */s/ Erica J. Chee*_____<br>Anthony L. Martin<br>Nevada Bar No. 8177<br>Erica J. Chee<br>Nevada Bar No. 12238<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br><br>*Attorneys for Defendants<br>Resortstay International, LLC and<br>Starpoint Resort Group, Inc.* |

**ORDER**

IT IS SO ORDERED:

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: __December 30, 2016__

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800