# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROSALIND BROWN,

                Plaintiff(s),

vs.

RESORTSTAY INTERNATIONAL, LLC, et al.,

                Defendant(s).

Case No. 2:16-cv-02747-JAD-VCF

**<u>ORDER</u>**

       Due to conflicting duties of the Court, the ENE scheduled in this case is hereby ADVANCED in time only to <u>9:15 a.m.</u> on April 19, 2017.

       IT IS SO ORDERED.

       Dated: April 17, 2017

_____
Nancy J. Koppe
United States Magistrate Judge