Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800

*Attorneys for Defendants*
*Resortstay International, LLC and*
*Starpoint Resort Group, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIND BROWN,<br><br>   Plaintiff,<br><br>vs.<br><br>RESORTSTAY INTERNATIONAL, LLC, a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation,<br><br>   Defendant. | Case No.: 2:16-cv-02747-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES**<br><br>**(FOURTH REQUEST)** |

Defendants ResortStay International, LLC and Starpoint Resort Group, Inc. (collectively, "Defendants") and Plaintiff Rosalind Brown ("Plaintiff"), by and through undersigned counsel, hereby stipulate and request that the discovery cut off (currently set for January 8, 2018), as well as related dates, be extended for a period of ninety (90) days. This request is submitted pursuant to LR 6-1, 6-2, 7-1 and 26-4 and is the parties' fourth request.

## I.  DISCOVERY COMPLETED TO DATE

Defendants served their Initial Disclosures on or about April 18, 2017. Plaintiff served her Initial Disclosures on or about May 11, 2017. Plaintiff served her Requests for Production of Documents and Interrogatories on or about August 7, 2017. Defendants' responded to these

discovery requests on October 5, 2017. The parties have been meeting and conferring as to supplemental responses.

Defendants deposed Plaintiff on September 13, 2017. Plaintiff deposed Richard Braglia and Frank Braglia on October 10, 2017.

## II. REMAINING DISCOVERY TO BE COMPLETED

Plaintiff will be taking the depositions of Shelley Brittell, Angelica Talamayan, Jessica Carranza-Sanchez and Miranda Cox in January 2018. They were originally scheduled for December 13, 2017, but end of the year scheduling conflicts have caused the parties to continue them. Plaintiff also intends to depose other former and current employees, but dates to do so have not yet been determined based on the other deponents schedules. Additional written discovery and supplemental document requests will also be completed by the parties.

## III. REASONS DISCOVERY CANNOT BE COMPLETED WITHIN THE DEADLINE

Although the parties have worked diligently to satisfy the current discovery deadlines, it is unlikely that all required discovery and requested depositions can be completed within the current discovery deadline. Some of the witnesses are out of state and former employees, and the parties are working with their schedules. Moreover, it has been difficult to schedule some of the remaining depositions of former employees that reside in and out of the state of Nevada due to the holiday season and convention schedule.

The parties have been meeting and conferring as to responses to written discovery and supplemental responses. Defendants are performing additional searches, but the process has taken longer than necessary.

## IV. REVISED PROPOSED DISCOVERY PLAN

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The parties propose to the Court the following cut-off dates:

**A.     Discovery Cut-Off Date**:  The discovery cut-off deadline shall be **Monday, April 9, 2018** (ninety-one days after the current deadline, as the eighth day falls on a Sunday).

**B.     Dispositive Motions**:  Dispositive motions shall be filed by **Wednesday, May 9, 2018** (thirty (30) days after the discovery cut-off date of April 9, 2018) in accordance with Local Rule 26-1(e)(4).

**C.     Motions In Limine/*Daubert* Motions:**  Pursuant to Local Rule 16-3(b), any motions in limine, including *Daubert*-type motions, shall be filed and served thirty (30) days prior to trial.  Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter.  Reply briefs shall only be allowed with leave of court, unless the District Judge issues an order with a different deadline or briefing schedule.

**D.     Pretrial Order:**  The Pretrial Order shall be filed no later than **Friday, June 8, 2018** in accordance with Local Rule 26-1(e)(5).  In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

**E.     Fed. R. Civ. P. 26(a)(3) Disclosures:**  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the final pretrial order in accordance with Local Rule 26-1(e)(6).

**F.     Extension Or Modification Of The Discovery Plan And Scheduling Order:**  In accordance with Local Rule 26-4, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.  Any request thereafter, shall only be granted with a showing of good cause.

This Stipulation to Extend Discovery and Other Deadlines is not submitted for purposes of delay.

. . .

. . .

. . .

For all the reasons stated above, good cause exists to extend the discovery cut-off in this matter.

DATED this 11th day of December, 2017.    DATED this 11th day of December, 2017.

LAW OFFICES OF MICHAEL P. BALABAN    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Michael P. Balaban*    /s/ *Erica J. Chee*

Michael P. Balaban
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 8177
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE
CASE NO. 2:16-cv-02747-JAD-VCF

December 11, 2017
DATE

4