Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIND BROWN, | CASE NO. 2:16-cv-02747-JAD-VCF |
| Plaintiff, | STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES |
| vs. | (Seventh Request) |
| RESORTSTAY INTERNATIONAL, LLC, a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation, | |
| Defendant. | |

COME NOW, Plaintiff, named above, by and through her counsel of record, MICHAEL P. BALABAN, ESQ., and Defendant, named above, by and through their counsel of record, JILL GARCIA, ESQ., pursuant to Local Rules 6-1, 6-2, 7-1 and 26-4, herein stipulate, agree and make joint application to extend the discovery cut-off and related dates for a period of sixty (60) days up to and including November 6, 2018.  The present discovery cut-off date is September 7, 2018 and no calendar call date or trial date has been set.

1

This request is being made timely in accordance with LR 26-4 and the prior scheduling order which provides that requests for further discovery extensions must be made no later than twenty-one (21) days before the existing discovery cut-off date, or here by August 17, 2018. This is the seventh request for an extension.

This stipulation is made and based upon the following factors.

To date the parties have both made their initial disclosures to the other side and Plaintiff has propounded interrogatories and requests for production of documents to Defendant which they have provided responses to and Defendant has propounded interrogatories and requests for production of documents to Plaintiff which are being responded to shortly. Further the parties are currently meeting and conferring about further production of documents by Defendant.

Finally Defendant's counsel has taken the deposition of Plaintiff to date and Plaintiff's counsel has taken the depositions of Richard Braglia and Frank Braglia to date and intends to dispose James Danz, Brad Benson, Darren Horvath, Jessica Carranza-Sanchez, Angelica Talamaya, Shelly Brittell and Miranda Cox.

The parties and their attorneys have diligently worked to complete discovery as expediently as possible but because a number of the employees no longer work for Defendant and in some cases now live out of state, it has been difficult to schedule all the dispositions in a timely manner.

Thus with the discovery cut-off less than a month away and at least seven depositions still to be taken and written discovery not completed, it seems unlikely that all the required discovery can be completed by the current discovery deadline.

Assuming this request is granted, the parties have tentatively set aside the weeks of September 10th and 17th to conduct the remaining depositions, and anticipate most will be completed in those weeks.

This being the case, the parties request that the discovery cut-off and related dates be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 09/07/18 | 11/06/18 |
| Dispositive Motions | 10/08/18 | 12/07/18 |
| Pretrial Order | 11/07/18 | 01/07/19[1] |

In accordance with LR 26-4 the parties understand that any further requests to extend a deadline set forth in the discovery plan and scheduling order must be made no later than twenty-one days before the new proposed discovery cut-off date, i.e., November 6, 2018, or no later than twenty-one days before any other deadline sought to be extended. Any requested thereafter shall only be granted with a showing of cause.

This Stipulation to Extend Discovery and Other Deadlines is not submitted for purposes of delay.

For all the reasons stated above, good cause exists to extend the discovery cut-off in this matter.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
Attorney for Plaintiff

Dated: August 16, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Jill Garcia, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Attorney for Defendant

Dated: August 16, 2018

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE
Dated:     8-20-2018

---

[1] In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

3