ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800

*Attorneys for Defendants ResortStay International, LLC and Starpoint Resort Group, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIND BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>RESORTSTAY INTERNATIONAL, LLC, a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation,<br><br>Defendant. | Case No.: 2:16-cv-02747-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendants ResortStay International, LLC and Starpoint Resort Group, Inc. (collectively, "Defendants") and Plaintiff Rosalind Brown ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree that Defendants' Reply in Support of Their Motion for Summary Judgment ("Reply"), which is currently due on May 13, 2019, be extended until May 31, 2019. This request is submitted pursuant to LR 6-1, 6-2, 7-1 and 26-4.

There is good cause for this extension. The parties have recently engaged in settlement discussions and those discussions are on-going. In order to conserve judicial resources as well as to

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

have additional monies available for settlement purposes, the parties are requesting additional time for Defendants to file their Reply.

This Stipulation to Extend Time for Defendants to File The Reply in Support of Their Motion for Summary Judgment is not submitted for purposes of delay.

For all the reasons stated above, good cause exists to extend Defendants' Reply deadline in this matter.

Dated this 3rd day of May, 2019.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>*Attorneys for Plaintiff Rosalind Brown* | /s/ Jill Garcia<br>Anthony L. Martin<br>Jill Garcia<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants ResortStay International, LLC,, and Starpoint Resort Group, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 6, 2019.

2