ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800

*Attorneys for Defendants ResortStay International, LLC and Starpoint Resort Group, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALIND BROWN,<br><br>               Plaintiff,<br><br>vs.<br><br>RESORTSTAY INTERNATIONAL, LLC, a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation,<br><br>               Defendant. | Case No.: 2:16-cv-02747-JAD-VCF<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT AND ORDER** |

       Defendants ResortStay International, LLC and Starpoint Resort Group, Inc. (collectively, "Defendants") and Plaintiff Rosalind Brown ("Plaintiff"), by and through their undersigned counsel, hereby jointly inform the Court as follows:

       1.      The parties have agreed to resolve this matter, have circulated a Settlement Agreement and have agreed to the terms;

       2.      Plaintiff's counsel has spoken with the Plaintiff in follow up to executing the Settlement Agreement, most recently last week, at which time Plaintiff indicated she would sign the Settlement Agreement and return it to him;

3. Plaintiff has moved to Florida and, therefore, there is some delay in obtaining the executed Settlement Agreement, but Plaintiff's counsel believes he will have the signed Settlement Agreement within 14 days;

4. Upon receipt and expiration of the revocation period, Defendant will fund the Settlement Agreement;

5. The parties believe this can reasonably be achieved and the Stipulation to Dismiss filed within 30 days, or no later than October 30, 2019.

Dated this 30th day of September, 2019.

| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Michael P. Balaban* | /s/ *Jill Garcia* |
| Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Jill Garcia<br>Nevada Bar No. 7805<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |

ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

10-1-2019
_____
DATE

2