ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@olgetreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800

*Attorneys for Defendants ResortStay International, LLC and Starpoint Resort Group, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIND BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>RESORTSTAY INTERNATIONAL, LLC, a Nevada Limited Liability Company; STARPOINT RESORT GROUP, INC., A Nevada Corporation,<br><br>Defendants. | Case No.: 2:16-cv-02747-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 57 |

Plaintiff Rosalind Brown ("Plaintiff") and Defendants ResortStay International, LLC and Starpoint Resort Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

Each party to bear their own fees and costs.

Dated this 16th day of December, 2019.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Michael P. Balaban* | */s/ Jill Garcia* |
| Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>*Attorney for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Jill Garcia<br>Nevada Bar No. 7805<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 57]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 18, 2019